IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CORLISS, | : | |
| Petitioner, | : | 1:15-cv-1009 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DONNA ASURE, PA STATE ATTORNEY GENERAL, | : : | |
| Respondents. | : | |

# ORDER

June 12, 2015

**NOW, THEREFORE,** in accordance with the court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED. *See* R. Governing § 2254 Cases R. 4.

2. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

s/ John E. Jones III
John E. Jones III
United States District Judge